UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TOMMY WALTON, | § § § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:13-CV-1164 |
| | § § | |
| 3M COMPANY, *et al*, | § § § | |
| Defendants. | § | |

**ORDER ON DEFENDANTS' MOTION TO COMPEL**

Having considered the defendants' motion to compel, and other pleadings and papers on file, the Court finds that the defendants' motion to compel [Doc. No. 161] should be denied.

It is so Ordered.

SIGNED on this 8th day of September, 2015.

_____
Kenneth M. Hoyt
United States District Judge